IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIEL ELLIOTT, BETH HELLMAN, CHRISTINE BROOKE LOGAN, KRISTI MONVILLE, SARAH OTAZO, KELLY POLLOCK, AND ELIZABETH STARKMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us; BABIES "R" US, INC.; TOYS "R" US-DELAWARE, INC.; BRITAX CHILD SAFETY, INC.; KIDS LINE, LLC; MACLAREN USA, INC.; MEDELA, INC.; And PEG PEREGO U.S.A., INC., <br><br> Defendants. | Civil Action No. 09-cv-06151-AB <br><br> JURY TRIAL DEMANDED <br><br> FILED <br> APR 27 2010 <br> MICHAEL E. KUNZ, Clerk <br> By _____ Dep. Clerk |

**ORDER**

AND NOW, this 26 day of April, 2010, it is hereby ORDERED that the application of Kendall Millard, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

____✓____ GRANTED

_____ DENIED

_____
Judge