## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARIEL ELLIOTT, BETH HELLMAN,
CHRISTINE BROOKE LOGAN, KRISTI
MONVILLE, SARAH OTAZO, KELLY
POLLOCK, AND ELIZABETH STARKMAN,
INDIVIDUALL AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

Plaintiffs,

v.

TOYS "R" US, INC., d/b/a Babies "R" Us;
BABIES "R" US, INC.; TOYS "R" US-
DELAWARE, INC.; BRITAX CHILD
SAFETY, INC.; KIDS LINE, LLC;
MACLAREN USA, INC.; MEDELA, INC.;
And PEG PEREGO U.S.A., INC.,

Defendants.

Civil Action No. 09-cv-06151-AB

JURY TRIAL DEMANDED

FILED

APR 27

MICHAEL E. KUNZ,
By_____Dep. Clerk

## ORDER

AND NOW, this _____26ᵗʰ_____ day of April, 2010, it is hereby ORDERED that the

application of Valerie B. Mullican, Esquire, to practice in this court pursuant to Local Rule of

Civil Procedure 83.5.2(b) is

_____✓_____ GRANTED

_____ DENIED

_____
Judge