**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARIEL ELLIOTT, et. al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TOYS "R" US, INC., d/b/a/ Babies "R" Us, et. al. )<br>)<br>Defendants. )<br>) | No. 2:09-cv-6151-AB |

## NOTICE OF CHANGE OF OFFICE ADDRESS

PLEASE TAKE NOTICE that, effective May 1, 2010, the Oak Park office of the firm Hagens Berman Sobol Shapiro LLP has changed its address to the following:

Hagens Berman Sobol Shapiro LLP
1144 West Lake Street
Suite 400
Oak Park, IL  60301-1043

The new telephone and facsimile numbers are:  Telephone: (708) 628-4949; Facsimile: (708) 628-4950.

DATED:  April 28, 2010                             Respectfully submitted,

**/s/ Elizabeth A. Fegan**
HAGENS BERMAN SOBOL SHAPIRO LLP
Elizabeth A. Fegan
820 North Blvd.
Suite B
Oak Park, IL  60301
Tel.:  (708) 776-5600
Fax:  (708) 776-5601

1897.12 - 363971V1

2

Steve W. Berman
George W. Sampson
Ivy Arai Tabbara
1918 8th Ave.
Suite 3300
Seattle, WA  98101
Tel.:  (206) 623-7292
Fax:  (206) 623-0594

1897.12 - 363971V1

2

3

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing NOTICE OF CHANGE OF OFFICE ADDRESS was filed and served electronically via the CM/ECF system to all counsel of record on this 28th day of April 2010.

**/s/ Elizabeth A. Fegan**