APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARIEL ELLIOTT, et al. | : | CIVIL ACTION |
| v. | : | |
| TOYS "R" US, INC., d/b/a Babies "R" Us, et al. | : | NO. 09-6151 |

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of  Ivy Arai Tabbara , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 09-6151

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Ivy Arai Tabbara__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Washington | 12/07/2000 | 30859 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| W.D. Washington | 12/07/2000 | 30859 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Plaintiffs

_(Ivy Arai Tabbara)_
(Applicant's Signature)

3/30/10
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Ave., Suite 3300 - Telephone: (206) 623-7292
Seattle, WA 98101

Sworn and subscribed before me this
30th Day of March, 2010
_(signature)_
Notary Public

[Notary seal: HEATHER M. WESTRE, COMMISSION EXPIRES 02-01-13, NOTARY PUBLIC, STATE OF WASHINGTON]

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Ivy Arai Tabbara____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| William G. Caldes | *[signature]* | 1/29/02 | 75842 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.

1818 Market Street, Suite 2500 - Telephone: (215) 496-0300

Philadelphia, PA 19103

Sworn and subscribed before me this

28 Day of April, 2010

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joyce A. Magee - Notary Public
City of Philadelphia, Philadelphia County
MY COMMISSION EXPIRES JUNE 23, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARIEL ELLIOT, et al. | : | CIVIL ACTION |
| v. | : | |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et. al. | : | NO.  09-6151 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Ivy Arai Tabbara  Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

_____

_____

_____

_____
Signature of Attorney

Ivy Arai Tabbara
Name of Attorney

William G. Caldes
Name of Moving Party

4/28/10
Date