APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIEL ELLIOTT, et al. | CIVIL ACTION |
| v. | |
| TOYS "R" US, INC., d/b/a Babies "R" Us, et al. | NO. 09-6151 |

ORDER

AND NOW, this 10th Day of May, 2010, it is hereby ORDERED that the application of George W. Sampson, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____, J.
Anita B. Brody

Copies via ECF on _____  Copies via US Mail on _____