## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIEL ELLIOTT, BETH HELLMAN, CHRISTINE BROOKE LOGAN, KRISTI MONVILLE, SARAH OTAZO, KELLY POLLOCK, AND ELIZABETH STARKMAN, INDIVIDUALLY AND ON BHELAF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC. d/b/a BABIES "R" US BABIES "R" US, INC., and TOYS "R" US-DELAWARE, INC.; BABY BJORN, AG; BRITAX CHILD SAFETY, INC; KIDS LINE, LLC; MACLAREN USA, INC.; MEDELA, INC.; AND PEG PEREGO U.S.A., INC.,<br><br>Defendants. | Civil Action No. 09-cv-06151-AB |

### ORDER

AND NOW, this _____ Day of _____, 2010, it is hereby

ORDERED that the application of <u>Michael J. Hahn</u>, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.

☐  DENIED.

_____, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 09-cv-06151-AB

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, Michael J. Hahn, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __2095__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New Jersey | November 29, 2001 | 01227-2001 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 2002 | 4056479 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| District of New Jersey | 2001 | 01227-2001 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Southern District of New York | 2002 | 4056479 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eastern District of New York | 2002 | 4056479 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Northern District of New York | 2005 | 4056479 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Kids Line, LLC

(Applicant's Signature)
5/14/10
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500

Sworn and subscribed before me this
14th Day of May, 2010

Notary Public

ROBERTA CAPPIELLO
A Notary Public of New Jersey
My Commission Expires March 22, 2012

-2-

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Michael J. Hahn</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Willie Pollins | *Willie Pollins* | 8/7/2003 | 84093 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pollins Law Firm, LLC
1725 Spruce Street
Philadelphia, PA 19103
(215) 774-9618

Sworn and subscribed before me this

17 Day of May, 2010

_____
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ROSEMARIE H. DIETZEL, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 12, 2013
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIEL ELLIOTT, BETH HELLMAN, CHRISTINE BROOKE LOGAN, KRISTI MONVILLE, SARAH OTAZO, KELLY POLLOCK, AND ELIZABETH STARKMAN, INDIVIDUALLY AND ON BHELAF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC. d/b/a BABIES "R" US BABIES "R" US, INC., and TOYS "R" US-DELAWARE, INC.; BABY BJORN, AG; BRITAX CHILD SAFETY, INC; KIDS LINE, LLC; MACLAREN USA, INC.; MEDELA, INC.; AND PEG PEREGO U.S.A., INC., <br><br> Defendants. | Civil Action No. 09-cv-06151-AB |

## CERTIFICATE OF SERVICE

I hereby certify that on _MAY 17_, 2010, a copy of the attached Order and Application to Practice Pursuant to Local Rule of Civil Procedure 83.5.2(b) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Signature of Attorney

Willie Pollins, Esq.
Name of Attorney

Kids Line, LLC
Name of Moving Party

5-17-10
Date