IN THE UNITED STATES DISTRICT COURT