## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIEL ELLIOTT, et al. | No. 09-6151 |
| Plaintiffs, | |
| v. | |
| TOYS "R" US, INC., d/b/a Babies "R" Us, et al. | |
| Defendants. | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that each defendant's time to file its answer or otherwise move to dismiss the Complaint in the above captioned action is hereby extended until June 1, 2010.

Dated: May 17, 2010

_____\S_____
Eugene Spector, Esq.
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Phone: (215) 496-0300

*Counsel for Class Plaintiffs*

*Willie Pollins*
Willie Pollins, Esq.
Pollins Law Firm, LLC
1725 Spruce Street
Philadelphia, PA  19103
(215) 774-9618
Email: wpollins@gmail.com

-and-

Michael J. Hahn, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
Email: mhahn@lowenstein.com

*Counsel for Defendant Kids Line, LLC*
*On behalf of all Defendants*

SO ORDERED:

_5/25/10_
Date

_____
Hon. Anita B. Brody, U.S.D.J.

COPIES VIA ECF on ____

COPIES VIA US Mail on ____