UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| ARIEL ELLIOT, et al. INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC. et al., <br><br> Defendants. | Civil Action No. 09-cv-06151 |
|---|---|

## NOTICE OF APPEARANCE

**TO THE CLERK:**

    Please enter my appearance as counsel for Toys "R" Us, Inc., Toys "R" Us-Delaware, Inc. and Babies "R" Us, Inc. in the above-captioned matter.

Dated: December 15, 2010          /s/ Melissa Rubenstein
                                                     Melissa Rubenstein

                                                     REED SMITH LLP
                                                     2500 One Liberty Place
                                                     1650 Market Street
                                                     Philadelphia, PA 19103
                                                     (215) 851-8100

                                                     Attorneys for Defendants Toys "R" Us, Inc., Toys "R" Us-Delaware, Inc. and Babies "R" Us, Inc.

# CERTIFICATE OF SERVICE

I certify that on December 15, 2010, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which constitutes service of such filing on the following counsel of record

| | |
|---|---|
| Eugene A. Spector<br>William G. Caldes<br>Jeffrey L. Spector<br>Spector, Roseman, Kodroff & Willis, P.C.<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br><br>Counsel for Plaintiffs | Elizabeth Fegan<br>Hagens Berman Sobol Shapiro LLP<br>1144 West Lake St.<br>Suite 400<br>Oak Park, IL 60601<br><br>Counsel for Plaintiffs |
| George Sampson<br>Ivy Arai Tabbara<br>Hagens Berman Sobol Shapiro LLP<br>1301 5th Ave.<br>Suite 2900<br>Seattle, WA 98101<br><br>Counsel for Plaintiffs | Michael Hahn<br>Lowenstein Sandler<br>65 Livingston Avenue<br>Roseland, NJ 07068<br><br>Willie Pollins<br>Pollins Law Firm LLC<br>1725 Spruce Street<br>Philadelphia, PA 19103<br><br>Counsel for Kids Line, LLC |

| | |
|---|---|
| Valerie B. Mullican<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue N.W.<br>Suite 500<br>Grand Rapids, MI 49503<br><br>Kendall Millard<br>Donald E. Knebel<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46202<br><br>Counsel for Peg Perego U.S.A. | |

:

    /s/ Melissa Rubenstein