IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL M. MC DONOUGH, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US** dba Babies "R" Us, et al. | : | No. 06-242 |

| | | |
|---|---|---|
| **ARIEL ELLIOTT, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US, INC.** dba Babies "R" Us, et al. | : | No. 09-6151 |

### O R D E R

AND NOW, this   15th   day of December, 2010, **IT IS ORDERED** that a **HEARING** regarding preliminary approvement of settlement will be held on **Tuesday, December 21, 2010** at **10:00 a.m.** in Courtroom 7-B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA before the Honorable Anita B. Brody.

ATTEST
BY:                                                    or                BY THE COURT

            s/Marie O'Donnell
_____          _____
Civil Deputy/Secretary                                      Anita B. Brody,        J.

COPIES VIA ECF ON         TO:        COPIES MAILED ON        TO: