**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARIEL ELLIOTT, et al.                 ) | |
|                                      ) | |
|           Plaintiffs,       ) | |
|                                        ) | |
|           v.               ) | Civ. No. 09-6151-AB |
|                                        ) | |
| TOYS "R" US, INC., d/b/a Babies "R" Us, et al.  ) | |
|                                        ) | |
|           Defendants.      ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance as counsel for defendant Medela, Inc. in the above-captioned

matter.

                                           Respectfully submitted,

Dated:  December 16, 2010                 /s/ Evan W. Davis
                                           Evan W. Davis
                                           Dechert LLP
                                           Cira Centre
                                           2929 Arch Street
                                           Philadelphia, PA 19104
                                           (215) 994-4000
                                           evan.davis@dechert.com

                                           *Attorney for Defendant Medela, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance has been filed electronically and

served on counsel of record through the Court's CM/ECF system.


Dated:  December 16, 2010                                    /s/  Evan W. Davis
                                                             Evan W. Davis