**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARIEL ELLIOTT, et al.<br><br>                Plaintiffs,<br><br>      v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, et al.<br><br>                Defendants. | Civ. No. 09-6151-AB |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance as counsel for defendant Medela, Inc. in the above-captioned matter.

                                                                       Respectfully submitted,

Dated:  December 16, 2010                       /s/ Carolyn H. Feeney
                                                                       Carolyn H. Feeney
                                                                       Dechert LLP
                                                                       Cira Centre
                                                                       2929 Arch Street
                                                                       Philadelphia, PA 19104
                                                                       (215) 994-4000
                                                                       carolyn.feeney@dechert.com

                                                                       *Attorney for Defendant Medela, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice of Appearance has been filed electronically and served on counsel of record through the Court's CM/ECF system.

Dated: December 16, 2010             /s/ Evan W. Davis
                                                      Evan W. Davis