**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARIEL ELLIOTT, et al. | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civ. No. 09-6151-AB |
| | ) |
| TOYS "R" US, INC., d/b/a Babies "R" Us, et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance as counsel for defendant Medela, Inc. in the above-captioned matter.

Respectfully submitted,

Dated:  December 16, 2010

/s/ George G. Gordon
George G. Gordon
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
george.gordon@dechert.com

*Attorney for Defendant Medela, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing Notice of Appearance has been filed electronically and served on counsel of record through the Court's CM/ECF system.


Dated:  December 16, 2010                                    /s/  Evan W. Davis
                                                                          Evan W. Davis