IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL M. MC DONOUGH, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US** dba Babies "R" Us, et al. | : | No. 06-242 |

| | | |
|---|---|---|
| **ARIEL ELLIOTT, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US, INC.** dba Babies "R" Us, et al. | : | No. 09-6151 |

**O R D E R**

AND NOW, this    17th    day of  December , 2010, **IT IS ORDERED** that the **HEARING** regarding preliminary approvement of settlement scheduled for **Tuesday, December 21, 2010** at **10:00 a.m.** is canceled and rescheduled for **Wednesday, December 22, 2010** at **11:00a.m.**, in Courtroom 7-B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA before the Honorable Anita B. Brody.

Counsel are required to submit two courtesy copies of the parties submissions to Chambers by Monday, December 20, 2010 at twelve noon.


ATTEST
BY:                                          or          BY THE COURT

     s/Marie O'Donnell
_____             _____
Civil Deputy/Secretary                              Anita B. Brody,     J.


COPIES VIA ECF ON     TO:     COPIES MAILED ON     TO:

Case 2:09-cv-06151-AB   Document 33   Filed 12/17/10   Page 2 of 2