**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CAROL M. MC DONOUGH, et al.** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US** | : | No. 06-242 |
| dba Babies "R" Us, et al. | | |

| | | |
|---|---|---|
| **ARIEL ELLIOTT, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US, INC.** | : | No. 09-6151 |
| dba Babies "R" Us, et al. | | |

**O R D E R**

AND NOW, this    13th    day of  January , 2011, **IT IS ORDERED** that the **HEARING** regarding preliminary approvement of settlement scheduled for **Tuesday, January 18, 2011** at **11:30 a.m** will now be a **STATUS CONFERENCE** in Chambers, Room 7613, U.S. Courthouse, 601 Market St., Philadelphia, PA before the Honorable Anita B. Brody.  All counsel are required to attend.

ATTEST
BY:                                                               or              BY THE COURT

   s/Marie O'Donnell
_____              _____
Civil Deputy/Secretary                                                 Anita B. Brody,        J.

COPIES VIA ECF ON        TO:        COPIES MAILED ON        TO: