**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CAROL M. MC DONOUGH, et al.** | : | **CIVIL ACTION** |
| v. | : | |
| **TOYS "R" US**<br>dba Babies "R" Us, et al. | : | No. 06-242 |
| **ARIEL ELLIOTT, et al.** | : | **CIVIL ACTION** |
| v. | : | |
| **TOYS "R" US, INC.**<br>dba Babies "R" Us, et al. | : | No. 09-6151 |

**O R D E R**

AND NOW, this   19TH   day of January, 2011, **IT IS ORDERED** that

- Submissions regarding preliminary approval are due **Friday, January 21, 2011.**

- A Hearing regarding the preliminary approval shall be held on **Tuesday, January 25, 2011** at **4:00 p.m..**

BY THE COURT:

s/Anita B. Brody

_____

Anita B. Brody,           J.

COPIES VIA ECF ON       TO:      COPIES MAILED ON       TO: